IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTIAN CLARKE ET AL | § | |
| | § | |
| Individually and on behalf of | § | |
| other similarly situated | § | |
| individuals, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3334-S |
| | § | |
| | § | |
| TEXMASTERS EXPRESS INC. DBA | § | |
| TEXMASTERS EXPRESS MEDICAL | § | |
| COURIERS | § | |
| | § | |
| Defendant. | § | |

ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT
AND GRANTING DISMISSAL WITH PREJUDICE

Come on this day for consideration the parties' Joint Motion for Court Approval of Settlement and Dismissal with Prejudice. After due consideration, this court is of the opinion that the Joint Motion should be in all things **GRANTED.**

The Court finds that the Settlement Agreement referred to in the Joint Motion is an adequate, fair and reasonable resolution of a bona fide dispute over amounts owed to Plaintiffs and other individuals who filed consents in this action pursuant to the Fair Labor Standards Act ("FLSA"), and accordingly, the settlement in the above referenced case is **APPROVED.**

It is further **ORDERED, ADJUGED, and DECREED** that all claims asserted by Plaintiffs against Defendants in this matter are hereby **DISMISSED with PREJUDICE.**

ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT
AND GRANTING DISMISSAL WITH PREJUDICE – Page 1

SIGNED this 25th day of April, 2019.

_____
HONORABLE KAREN GREN SCHOLER